UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **SEALED** |
| v. | ) CAUSE NO. 1:23-mj-403-MJD ) | |
| AUSTIN RYAN LAULESS, | ) ) | |
| Defendant. | ) | |

PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor | 10 - Life | NMT $250,000 | Life |
| 2 | 18 U.S.C. § 2251(a) Sexual Exploitation of a Minor | 15 - 30 | NMT $250,000 | Life |

Dated: _____          _____
                                                                        Austin Ryan Lauless
                                                                        Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana