AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-mj-403-MJD |
| Austin Ryan Lauless | ) | |
| Defendant | ) | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:10 pm, May 22, 2023*
**JEFFREY P. COLWELL, CLERK**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Austin Ryan Lauless,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b)
Count 2: Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a)

Date: May 18, 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, IN

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title