IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-mj-00094-KLM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**AUSTIN RYAN LAULESS**,

 Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To: The clerk of court and all parties of record

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 United States of America

 DATED at Denver, Colorado this 22nd day of May, 2023.

Alecia L. Riewerts
Name of Attorney
United States Attorney's Office
Firm Name
1801 California Street, Suite 1600
Office Address
Denver, CO, 80202
City, State, ZIP Code
303-454-0100
Telephone Number
Alecia.Riewerts@usdoj.gov
Primary CM/ECF E-mail Address

                COLE FINEGAN
                United States Attorney

By:   *s/ Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0401
       E-mail: Alecia.Riewerts@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on **May 22, 2023**, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

    By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov